

*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Adrian Traylor                                        # 20252-055

_____                    _____

_____                    _____

_____                    _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                                        CIVIL ACTION NO. _1:22-cv-00303_
                                                         *(Number to be assigned by Court)*

Chandra Carothers, "P.A" at F.C.'

Mcdowell

Mrs.C. Davidson "P.A" at F.C.I

Mcdowell, individually and in their offical capacities
*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

**COMPLAINT**

I.     **Parties**

       A.     Name of Plaintiff:     Adrian Traylor

              Inmate No.:            20252-055

              Address:              Federal Correctional institution, F.C.I

                                    Manchester, P.O. Box 4000, Manchester, Ky 40462

B.    Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.    Name of Defendant: Chandra Carothers

Position: "P.A"

Place of Employment: F.C.I McDowell

_____

D.    Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: Mrs. C. Davidson

Position: "P.A"

Place of Employment: F.C.I McDowell

_____

Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

2

## II.   Place of Present Confinement

Name of Prison/Institution:   F.C.I. Manchester

A.   Is this where the events concerning your complaint took place?

Yes _____   No __✓__

If you answered "no," where did the events occur?   F.C.I. McDowell

Special Housing unit

B.   Is there a prisoner grievance procedure in this institution?

Yes __✓__   No _____

C.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes _____   No __✓__

If you answered "no," explain why not:   Staff refused to give me

administrative Remedies

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _____

## III.   Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____   No __✓__

B.   If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.   Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2. Court (if federal court, name the district; if state court, name the county);

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____


## IV.    Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

Beginning in the month of November 2021, I put in numerous of sick call forms by electronic cop and paper form to "P.A" Mrs. C. Davidson, for weeks my sick call request were ignored. When "P.A" Mrs. Davidson finally came to my cell after weeks of delay, I asked "P.A" Mrs. Davidson could she have me removed from the cell so that she could have a clear view of the scalp condition that I developed while in the "S.H.U" Mrs. C. Davidson refused to have me remove, told me to part my hair with my hands looked for not even a full second and told me to order medicated dandruff shampoo, then Mrs. Davidson immediately walked off without giving me a chance to speak. I complied order the shampoo it didn't help. I continued to put in sick call forms, "P.A" Mrs. C. Davidson simply continued to disregard my request forms and refused to give me medical treatment.

4

Page 5

Statement of claim Continued:

Everytime I asked my unit team for administrative remedies so that all remedies could be exhausted, they refused to give me the administrative remedies. Stating that they wouldn't assist me against staff members. I continued to put in sick call slips weekly on paper and via electronic request. My head then became infected due to "P.A." Mrs. C. Davidson delaying to give me treatment, My wound started to leak blood, puss and give off a foul smell. I addressed my concerns to "P.A" Davidson and I was told to stop crying like a baby, it's not like im dying, this is prison. In the month of March 2022, Medical head administrator "D. Ward" was conducting rounds with executive staff, I asked who he was and what was his position that's when "Mr. D ward" informed me that he was head of medical. I then gave "Mr. Ward" a hand written complaint, then explained to him how "P.A" Mrs. C. Davidson had been dissegarding my sick call request as well as refusing to treat my scalp condition for going on 5 months and due to me being ignored my head became infected. I showed "Mr. Ward" the infection which was pussing and bleeding, then I showed "Mr. D ward" the blanket that I had to peel off my head due to it coming in contact with the blood and puss, then I described the smell coming from the infection. "Mr. D. ward" then asked me, Mrs. Davidson has ignored this for 5 months I replied yes, Mr. Ward then apologized and said he would get it fixed. The following day I was pulled out of the cell to be seen by "P.A" Chandra Carothers upon me entering the medical room Mrs. Carothers stated "Oh this is the big baby crying to the boss, P.A Mrs. Carothers then questioned

PG. 6

Statement of claim continued:

Why I gave head administrator D. Ward the complaint. I then explained to Mrs. Carothers how I had been going about taking the proper steps for going on 5 months to get medical treatment and that due to the sick call forms being disregarded and me not being treated ~~damaged~~ my head was now infected. P.A Mrs. Carothers then continued to verbally abuse and insult me because I gave Mr. D. Ward the complaint. P.A Mrs. chandra Carothers then pushed her finger against the wound blood and puss immediately started to run out, Mrs. carothers then stated "Oh my" i'm going to prescribe you with "doxycycline". I describe to Mrs. Carothers the pain and headaches I had been experiencing for months due to this infection, how I couldn't sleep because of the pain as well as the odor coming from the infection. I was then given 28 pills of "Doxycycline" it didn't heal the infection, I informed Mrs. Carothers she stated that she would get me more antibiotics but she never returned. I was transferred May 2021 and i'm still fighting the infection which is leaving scar tissue as it fight to heal.

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Compensatory damages in the amount of 50,000 against each defendant, jointly and severally. 2.) Punitive damages in the amount of 50,000 against each defendant, jointly and severally. 3.) Jury trial on all issues triable by jury. 4.) Plaintiffs also seek recovery of costs in this suit, and any additional relief this court deems just, proper, and equitable

Signed this 19 day of July , 20 22 .

*Adrian Traylor*

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on    7.19-22    .
                (Date)

*Adrian Traylor*
Signature of Plaintiff

5

Adrian Traylor
F.C.I Manchester
P.o. Box 4000
Manchester, Kentucky 40962-4000






U.S. POSTAGE PAID
FCM LG ENV
MANCHESTER, KY
40962
JUL 20, 22
AMOUNT
**$0.00**
R2305H128852-05

1000    25329

United states District court
" Clerk of court" Rory L. Perry II

300 virginia street East
       Suite 2400
Charleston, WV 25329